IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02835-BNB

THOMAS PERKINS,

    Plaintiff,

v.

TROY THOMSON, Norton County Sheriff,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 5 2011

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Thomas Perkins, is in the custody of the Norton County Sheriff's Office and currently is incarcerated at the Norton County Jail in Norton, Kansas. Mr. Perkins initiated this action by submitting a *pro se* letter to the Court on November 19, 2010.

On December 6, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Perkins to cure certain deficiencies in this action by filing a Prisoner Complaint on the court-approved form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in addition to a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. Mr. Perkins cured the deficiencies in this action on January 3, 2011. Magistrate Judge Boland granted him leave to proceed *in forma pauperis* by order dated January 6, 2011.

The January 6 Order requires Mr. Perkins to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $3.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns

Mr. Perkins that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Magistrate Judge Boland's January 6 Order was returned to the Court as undeliverable on January 28, 2011. Mr. Perkins has not communicated with the Court since January 3, 2011, and he has failed to notify the Court of his change of address in a timely manner as required by the Local Rules of Practice of this Court. *See* D.C.COLO.LCivR 10.1M. (notice of new address to be filed within five days after any change of address). Therefore, Mr. Perkins has failed either to pay the initial partial filing fee within the time allowed, as designated in the January 6 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Perkins' failure either to pay an initial partial filing fee of $3.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __15th__ day of ____February____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02835-BNB

Thomas Perkins
Reg. No. 0053597
Norton Correctional Facility
PO Box 546
Norton, KS 66607

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 15, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk